| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **92-3748206** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **118 Long Beach Road** <br> **Island Park, NY 11558** <br> Number, Street, City, State & ZIP Code <br><br> **Nassau** <br> County | **Mailing address, if different from principal place of business** <br><br> **205 Spindle Road** <br> **Hicksville, NY 11801** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **davincisli.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's**   Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's**    Case number (*if known*)
Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's**  Case number (*if known*) _____
      Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2025**
              MM / DD / YYYY

**X** **/s/ Sajay Jain**                                                **Sajay Jain**
Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Richard J. McCord**                          Date **June 25, 2025**
Signature of attorney for debtor                                              MM / DD / YYYY

**Richard J. McCord 3290**
Printed name

**Certilman Balin Adler & Hyman, LLP.**
Firm name

**90 Merrick Avenue**
**East Meadow, NY 11554**
Number, Street, City, State & ZIP Code

Contact phone **(516) 296-7000**      Email address **rmccord@certilmanbalin.com**

**3290 NY**
Bar number and State

118 Long Beach Realty LLC
c/o Alpha Law LLC
37-12 Prince Street
Suite 11A
Flushing, NY 11354


118 Long Beach Realty LLC
8019  263rd Street
Glen Oaks, NY 11004


Al's Produce
1114 Meadowbrook Road
Merrick, NY 11566


Alka Jain
205 Spindle Road
Hicksville, NY 11801


Altus Receivables Mgmt
2121 Airline Drive
Suite 520
Metairie, LA 70001


Avaya Financial Services
P.O. Box 550599
Jacksonville, FL 32255-0599


Blink Communications
70 Charles Lindbergh Blvd
Garden City, NY 11530


CA Dept of Tax & Fee Admn
P.O. Box 942879
Sacramento, CA 94279


Carini Food Products, Inc
527 Atlantic Avenue
Building 5E
Freeport, NY 11520


Cintas Corp.
P.O. Box 630803
Cincinnati, OH 45263

Cintas Corporation
P.O. Box 630803
Cincinnati, OH 45263


Corporation Service Co
P.O. Box 2576
Springfield, IL 62708


Davinci's
118 Long Beach Road
Island Park, NY 11558


Eco Lab
1 Ecolab Place
Saint Paul, MN 55102


Forward Financing LLC
53 State Street
20th Floor
Boston, MA 01209


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952, MS A-340
Sacramento, CA 95812


Hamco New York
451 Hempstead Turnpike
West Hempstead, NY 11552


Hoodz
Rothaar Restaurant Maint.
3560 Hampton Road
Oceanside, NY 11572


Internal Revenue Service
Centralized Insolvency Op
P.O. Box 7346
Philadelphia, PA 19101


IOU Central Inc.
d/b/a IOU Financial
600 Town Park Lane
Suite 100
Kennesaw, GA 30144

Itria Ventures LLC
One Penn Plaza
Suite 3101
New York, NY 10119


Jonathan S. Gitlin, Esq.
One Penn Plaza
Suite 4915
New York, NY 10119


Jubilee Proj. Mgmt & Cons
205 Spindle Road
Hicksville, NY 11801


La Macelleria
183 Horton Avenue
Lynbrook, NY 11583


Liberty Water
66 Brooklyn Avenue
Merrick, NY 11566


Long Beach Pizza
118 Long Beach Road
Island Park, NY 11558-6000


Long Beach Pizza Inc.
118 Long Beach Road
Island Park, NY 11558


Michigan Dept of Treasury
Tax Policy Div. Lit. Lias
2nd Floor Austin Bldg
430 West Allegan St
Lansing, MI 48922


National Grid
P.O. Box 371382
Pittsburgh, PA 15250


NYC Dept of Finance
Office of Legal Affairs
375 Pearl Street, 30th FL
New York, NY 10038

NYS Department of Tax  
W.A. Harriman Campus  
Bldg 8, Room 354  
W.A. Harriman Campus  
Albany, NY 12227


NYS Dept of Tax & Finance  
P.O. Box 5300  
Bankruptcy Unit  
Albany, NY 12205-0300


NYS Dept Tax & Finance  
BKCY Unit - TCD  
Bldg 8, Room 455  
W.A. Harriman St. Campus  
Albany, NY 12227


Optimum  
P.O. Box 70340  
Philadelphia, PA 19176


OSS Data  
12240 SW 53rd Street  
Miramar, FL 33029


Pro Guard/Eco Lab, Inc.  
P.O. Box 32027  
New York, NY 10087


PSEG Long Island  
P.O. Box 888  
Hicksville, NY 11801


Pure Water Partners  
123 S 3rd Avenue  
Suite 28  
Sandpoint, ID 83864


Radio Tech Security  
P.O. Box 5473  
Hauppauge, NY 11788


Sanjay Jain  
205 Spindle Road  
Hicksville, NY 11801

Sayka Real Estate Inc.
205 Spindle Road
Hicksville, NY 11801


Snow White Linen Service
P.O. Box 163
Island Park, NY 11558


State of CA Franchise Tax
Chief Counsel
P.O. Box 1720, MSA A-260
Rancho Cordova, CA 95741


State of TN Attorney Gen.
Tennessee Dept of Revenue
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202


Sukanya Jain
205 Spindle Road
Hicksville, NY 11801


Sysco
199 Lowell Avenue
Central Islip, NY 11722


Two Cousins Fish Market
75 Bennington Avenue
Freeport, NY 11520


U.S. Department of Ed
400 Maryland Ave SW
Washington, DC 20202


U.S. Dept of Health
General Counsel, Region 2
Jacob J. Javtitz Fed. Bld
26 Federal Plz, RM 19300
New York, NY 10278


U.S. Env. Protection Agcy
Regional Counsel- Reg. 2
290 Broadway, 17th Fl
K. Ganow/B. Nguyen Esqs
New York, NY 10007-1866

U.S. Sec and Exchange Com
NY Regional Office- BKCY
Brookfield Place
200 Vesey St, Ste. 400
New York, NY 10281


U.S. Small Business Admin
District Counsel - NY
25 Federal Plaza
Room 3100
New York, NY 10278


US Attorney's Office
EDNY -LI BKCY Processing
610 Federal Plaza, 5th Fl
Kevin Yim, Chief Bkcy Lit
Central Islip, NY 11722


US Department of Ed
Federal Student Aid BKCY
50 United Nations Plaza
Mailbox 1200, RM 1240
San Francisco, CA 94102


US Department of Housing
Regional Counsel - NY/NJ
26 Federal Plaza, RM 3500
New York, NY 10278


Yajur Solutions
d/b/a iCashout
1 Meadowland Plaza
Secaucus, NJ 07094

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's**                                         Case No.

                                          Debtor(s)                                                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **June 25, 2025** | **/s/ Richard J. McCord** |
| Date | **Richard J. McCord 3290** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** |
| | **Certilman Balin Adler & Hyman, LLP.** |
| | **90 Merrick Avenue** |
| | **East Meadow, NY 11554** |
| | **(516) 296-7000 Fax:(516) 296-7801** |
| | **rmccord@certilmanbalin.com** |