# United States Bankruptcy Court
## Eastern District of New York

In re   Jubilee Hospitality ILP, Inc. d/b/a DaVinci's

Debtor(s)

Case No.   8-25-72506

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jubilee Hospitality ILP, Inc. d/b/a DaVinci's   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

June 27, 2025

Date

/s/ Richard J. McCord

Richard J. McCord 3290

Signature of Attorney or Litigant

Counsel for   Jubilee Hospitality ILP, Inc. d/b/a DaVinci's

Certilman Balin Adler & Hyman, LLP.

90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000 Fax:(516) 296-7111
rmccord@certilmanbalin.com