In re    Jubilee Hospitality ILP, Inc. d/b/a DaVinci's       Case No.   **8-25-72506**

Debtor(s)      Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Sajay Jain**, declare under penalty of perjury that I am the **President** of Jubilee Hospitality ILP, Inc. d/b/a DaVinci's, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of June, 2025__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Sajay Jain, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Sajay Jain, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Sajay Jain, President** of this Corporation is authorized and directed to employ **Richard J. McCord 3290**, attorney and the law firm of **Certilman Balin Adler & Hyman, LLP.** to represent the corporation in such bankruptcy case."

Date   **June 25, 2025**        Signed   **/s/ Sajay Jain**

                                                      **Sajay Jain**