| | |
|---|---|
| Debtor name | **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **8-25-72506** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   |---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **JPMorgan Chase Bank** | **Checking** | **6187** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                      **$0.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:       Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. **Utility Deposit with PSEG (118 Long Beach Road)** | **$4,800.00** |
   | 7.2. **Utility Deposit with PSEG (120 Long Beach Road)** | **$3,200.00** |

| 7.3. | **Rent Security - 118 Long Beach Realty LLC. (3 months security)** | **$51,000.00** |
|---|---|---|

| 7.4. | **Utility Deposit with National Grid** | **$2,500.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

      | **$61,500.00** |
      |---|

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |

**Pizzeria**
**1 fridge in pizza section**
**1 coffee machine**
**1 small fridge**
**20 tables**
**100 regular chairs**
**13 bar chairs**
**Music system**
**CCTV system**
**7 Intercom / phones**
**blink communication**
**12 computer/ pos**
**screens**
**4 pin pads for credit**
**card charge**
**2 Davinci logo carpets**

**Non perishable**
**inventory**
**Packaging**
**Crockery**
**Cutlery**
**Cups**
**Glasses**
**Candle stands**
**1 power wash**

**Perishable inventory**
**Dry Food ingredients**
**Soda**
**Liquor**

**1 expresso coffee**
**machine is rental**
**3 fridges for soda ice**
**1 ice machine rental**
**2 soda fountains in pizza**
**section**
**1 soda fountain in bar**
**1 Ice cream fridge**
**2 split AC units**
**2 soda fridges from**
**Liberty Coke company**
**1 soda fridge from**
**Snapple supplier**                              **$0.00**                                    **Unknown**

---

23.  **Total of Part 5.**                                                              **$0.00**

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.davincis.li.com** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**                                                                                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

□ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

□ Yes

## Part 11:     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

□ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**ShelterPoint Life Insurance Company - Disability**<br>**Insurance Policy - XX02523**<br>**Sequoia Insurace Company - Workers' Compensation**<br>**Policy- XX2062**<br>**Attune Businessowners' Policy - XX7501** | **Unknown** |

| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|
| **Action against 118 Long Beach Realty LLC** | **Unknown** |
| Nature of claim      **Breach of contract, fraud** | |
| Amount requested                          **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. **Total of Part 11.** | **$0.00** |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

□ Yes

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $61,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $61,500.00 | **+** 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $61,500.00 |

| | |
|---|---|
| Debtor name | **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **8-25-72506** |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1  Corporation Service Co**
Creditor's Name

Describe debtor's property that is subject to a lien

**Unknown**    **Unknown**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2  Corporation Service Co**
Creditor's Name

Describe debtor's property that is subject to a lien

**Unknown**    **Unknown**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**UCC Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Itria Ventures LLC** | **Describe debtor's property that is subject to a lien** | **$550,000.00** | **$0.00** |

Creditor's Name

**One Penn Plaza Suite 3101 New York, NY 10119**

**Judgment entered November 20, 2024. (Merchant Cash Advance Loan)**

Creditor's mailing address

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 | **Long Beach Pizza Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**118 Long Beach Road Island Park, NY 11558**

Creditor's mailing address

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$550,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jonathan S. Gitlin, Esq.**<br>**One Penn Plaza**<br>**Suite 4915**<br>**New York, NY 10119** | Line __2.3__ | |

Debtor name     **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **8-25-72506**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$125,399.23** | **$125,399.23** |

**2.1**  Priority creditor's name and mailing address
**NYS Department of Tax**
**W.A. Harriman Campus**
**Bldg 8, Room 354**
**W.A. Harriman Campus**
**Albany, NY 12227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax Warrant**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**118 Long Beach Realty LLC**
**c/o Alpha Law LLC**
**37-12 Prince Street**
**Suite 11A**
**Flushing, NY 11354**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent arrears**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Amount of claim  **$90,089.12**

**3.2**  Nonpriority creditor's name and mailing address
**Al's Produce**
**1114 Meadowbrook Road**
**Merrick, NY 11566**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Amount of claim  **$14,500.00**

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Alka Jain**
**205 Spindle Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan to company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,744.49** |
|---|---|---|---|

**Avaya Financial Services**
**P.O. Box 550599**
**Jacksonville, FL 32255-0599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Previous intercom service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Blink Communications**
**70 Charles Lindbergh Blvd**
**Uniondale, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercom system**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,000.00** |
|---|---|---|---|

**Carini Food Products, Inc**
**527 Atlantic Avenue**
**Building 5E**
**Freeport, NY 11520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Cintas Corp.**
**P.O. Box 630803**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.00** |
|---|---|---|---|

**Eco Lab**
**1 Ecolab Place**
**Saint Paul, MN 55102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72,150.00** |
|---|---|---|---|

**Forward Financing LLC**
**53 State Street**
**20th Floor**
**Boston, MA 01209**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Merchant Cash Advance Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Hamco New York**
**451 Hempstead Turnpike**
**West Hempstead, NY 11552**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$694.59** |

**Hoodz**
**Rothaar Restaurant Maint.**
**3560 Hampton Road**
**Oceanside, NY 11572**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$92,456.64** |

**IOU Central Inc.**
**d/b/a IOU Financial**
**600 Town Park Lane**
**Suite 100**
**Kennesaw, GA 30144**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Merchant Cash Advance Loan**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250,000.00** |

**Jubilee Proj. Mgmt & Cons**
**205 Spindle Road**
**Hicksville, NY 11801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Loan to company**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,400.00** |

**La Macelleria**
**183 Horton Avenue**
**Lynbrook, NY 11583**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Trade Debt**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,618.08** |

**Liberty Water**
**66 Brooklyn Avenue**
**Merrick, NY 11566**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8487**

**Basis for the claim:  Water Bill**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |

**Long Beach Pizza**
**118 Long Beach Road**
**Island Park, NY 11558-6000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:  Promissory Note**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,816.99** |
|---|---|---|---|

**National Grid**
**P.O. Box 371382**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7034**

Basis for the claim:  __Utillities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$617.13** |
|---|---|---|---|

**Optimum**
**P.O. Box 70340**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6076**

Basis for the claim:  __Internet, Cable TV__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**OSS Data**
**12240 SW 53rd Street**
**Miramar, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number _**

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$288.51** |
|---|---|---|---|

**Pro Guard/Eco Lab, Inc.**
**P.O. Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4055**

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,206.27** |
|---|---|---|---|

**PSEG Long Island**
**P.O. Box 888**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5772**

Basis for the claim:  __Utilities - 120 Long Beach Road__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,003.14** |
|---|---|---|---|

**PSEG Long Island**
**P.O. Box 888**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  5764**

Basis for the claim:  __Utilities- 118 Long Beach Road__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192.45** |
|---|---|---|---|

**Pure Water Partners**
**123 S 3rd Avenue**
**Suite 28**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Date(s) debt was incurred _

**Last 4 digits of account number  9976**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Radio Tech Security**<br>**P.O. Box 5473**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00** |
|---|---|---|---|
| | **Sayka Real Estate Inc.**<br>**205 Spindle Road**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Loan to company** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|
| | **Snow White Linen Service**<br>**P.O. Box 163**<br>**Island Park, NY 11558** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,000.00** |
|---|---|---|---|
| | **Sysco**<br>**199 Lowell Avenue**<br>**Central Islip, NY 11722** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,700.00** |
|---|---|---|---|
| | **Two Cousins Fish Market**<br>**75 Bennington Avenue**<br>**Freeport, NY 11520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|
| | **Yajur Solutions**<br>**d/b/a iCashout**<br>**1 Meadowland Plaza**<br>**Secaucus, NJ 07094** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Merchant Cash Advance Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:     List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Altus Receivables Mgmt**<br>**2121 Airline Drive**<br>**Suite 520**<br>**Metairie, LA 70001** | Line  **3.7**<br><br>☐   Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 125,399.23 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 1,093,427.41 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 1,218,826.64 |

| | |
|---|---|
| Debtor name | **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **8-25-72506** |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **10 year lease commencing 10/1/2023** | |
| | State the term remaining | **8 years** | **118 Long Beach Realty LLC**<br>**8019  263rd Street**<br>**Glen Oaks, NY 11004** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Intercom System** | |
| | State the term remaining | | **Blink Communications**<br>**70 Charles Lindbergh Blvd**<br>**Garden City, NY 11530** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for cleaning supplies, carpet cleaning** | |
| | State the term remaining | | **Cintas Corporation**<br>**P.O. Box 630803**<br>**Cincinnati, OH 45263** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract - Dishwasher** | |
| | State the term remaining | | **ProGuard/Ecolab, Inc.**<br>**P.O. Box 32027**<br>**New York, NY 10087** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.    State what the contract or lease is for and the nature of the debtor's interest     **Contract -Ice Machine**

State the term remaining

List the contract number of any government contract

**Pure Water Partners**
**123 S. 3rd Avenue**
**Suite 28**
**Sandpoint, ID 83864-1262**

| | |
|---|---|
| Debtor name | **Jubilee Hospitality ILP, Inc. d/b/a DaVinci's** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **8-25-72506** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Davinci's** | **118 Long Beach Road Island Park, NY 11558** | **Corporation Service Co** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Sanjay Jain** | **205 Spindle Road Hicksville, NY 11801** | **Long Beach Pizza** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |
| 2.3 | **Sanjay Jain** | **205 Spindle Road Hicksville, NY 11801** | **Forward Financing LLC** | ☐ D _____<br>■ E/F  **3.9**<br>☐ G _____ |
| 2.4 | **Sanjay Jain** | **205 Spindle Road Hicksville, NY 11801** | **Long Beach Pizza Inc.** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Sukanya Jain** | **205 Spindle Road Hicksville, NY 11801** | **Corporation Service Co** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |