**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Jubilee Hospitality ILP, Inc. d/b/a DaVinci's |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | 8-25-72506 |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IOU Central Inc. d/b/a IOU Financial 600 Town Park Lane Suite 100 Kennesaw, GA 30144 | | Merchant Cash Advance Loan | Disputed | | | $92,456.64 |
| 118 Long Beach Realty LLC c/o Alpha Law LLC 37-12 Prince Street Suite 11A Flushing, NY 11354 | | Rent arrears | | | | $90,089.12 |
| Forward Financing LLC 53 State Street 20th Floor Boston, MA 01209 | | Merchant Cash Advance Loan | Disputed | | | $72,150.00 |
| Yajur Solutions d/b/a iCashout 1 Meadowland Plaza Secaucus, NJ 07094 | | Merchant Cash Advance Loan | Disputed | | | $25,000.00 |
| PSEG Long Island P.O. Box 888 Hicksville, NY 11801 | | Utilities- 118 Long Beach Road | | | | $22,003.14 |
| Carini Food Products, Inc 527 Atlantic Avenue Building 5E Freeport, NY 11520 | | Trade Debt | | | | $21,000.00 |
| Al's Produce 1114 Meadowbrook Road Merrick, NY 11566 | | Trade Debt | | | | $14,500.00 |
| PSEG Long Island P.O. Box 888 Hicksville, NY 11801 | | Utilities - 120 Long Beach Road | | | | $13,206.27 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sysco 199 Lowell Avenue Central Islip, NY 11722 | | Trade Debt | | | | $13,000.00 |
| National Grid P.O. Box 371382 Pittsburgh, PA 15250 | | Utillities | | | | $11,816.99 |
| Cintas Corp. P.O. Box 630803 Cincinnati, OH 45263 | | Trade Debt | Disputed | | | $4,000.00 |
| Avaya Financial Services P.O. Box 550599 Jacksonville, FL 32255-0599 | | Previous intercom service | | | | $2,744.49 |
| Liberty Water 66 Brooklyn Avenue Merrick, NY 11566 | | Water Bill | | | | $2,618.08 |
| La Macelleria 183 Horton Avenue Lynbrook, NY 11583 | | Trade Debt | | | | $2,400.00 |
| Snow White Linen Service P.O. Box 163 Island Park, NY 11558 | | Trade Debt | | | | $2,000.00 |
| Two Cousins Fish Market 75 Bennington Avenue Freeport, NY 11520 | | Trade Debt | | | | $1,700.00 |
| Hoodz Rothaar Restaurant Maint. 3560 Hampton Road Oceanside, NY 11572 | | Trade Debt | | | | $694.59 |
| Optimum P.O. Box 70340 Philadelphia, PA 19176 | | Internet, Cable TV | | | | $617.13 |
| Radio Tech Security P.O. Box 5473 Hauppauge, NY 11788 | | Trade Debt | | | | $500.00 |
| Eco Lab 1 Ecolab Place Saint Paul, MN 55102 | | Trade Debt | Disputed | | | $450.00 |