Debtor name     Jubilee Hospitality ILP, Inc. d/b/a DaVinci's

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **8-25-72506**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................     $                 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................     $          61,500.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................     $          61,500.00

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................     $         550,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................     $         125,399.23

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................     +$       1,093,427.41

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                                                                                $        1,768,826.64